**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND (SOUTHERN DIVISION)**

|  |  |  |
|---|---|---|
| VEERIYA NATARAJAN, | * | |
| Plaintiff | * | |
|  | * | Case No. 8:16-cv-01196-PJM |
| v. | * | |
| SARAVANAN BABU RAJ, *et al.*, | * | |
| Defendants | * | |
|  | * | |

\* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

Defendants, Saravanan Babu Raju ("Dr. Babu"), Umarani Natesan ("Dr. Natesan"), Washington University of Technology, Inc. ("WUT"), and AIMU-CUC Centre for Medical Science, LLC ("AIMU-CUC"), by and through their undersigned attorneys, Daniel P. Doty and The Law Office of Daniel P. Doty, P.A., state:

1.  This Motion results from the fact that Plaintiff's counsel in this case, Juanita F. Ferguson ("Ms. Ferguson") and Bean, Kinney & Korman, P.C. ("Bean"), has filed suit against their former client, his wife, and his associates on behalf of Plaintiff Veeriya Natarajan ("Mr. Natarajan") in what appears to be a flagrant violation of the Maryland Rules of Professional Conduct.

2.  In approximately October 2014, Dr. Babu and a company that he formerly controlled, AIMU Medversity, Inc. ("Medversity"), hired Ms. Ferguson, Bean, and at least two other Bean shareholders, Jennifer Brust ("Ms. Brust") and Charles Thomas ("Mr. Thomas") (collectively, the "Bean Attorneys") in order to vacate

approximately $36 Million in default judgments that the Circuit Court for Montgomery County had entered against Dr. Babu and Medversity and in favor of Jones and Florence Isaac (the "Isaacs") in Case No. 369791-V (the "Default Judgments Case").

3. During the course of their representation, the Bean Attorneys became privy to confidential and sensitive financial information, and advised and assisted Dr. Babu, Dr. Natesan, and related entities with regards to other matters; including, the undersigned is informed, Mr. Thomas negotiating the very instrument that is the center of this case. (Complaint Exhibit A.)

4. After the Circuit Court denied the Motion to Vacate the Default Judgments that the Bean Attorneys had filed (the "Motion to Vacate"), Dr. Babu and Medversity hired them to appeal this denial, which resulted in Court of Special Appeals Case No. 02673 (September Term, 2015) (the "Appeal").

5. Prior to briefing in the Appeal, the Bean Attorneys represented Dr. Babu and Medversity in settlement negotiations with the Isaacs, during which negotiations they became privy to even more confidential and sensitive financial information about Dr. Babu, Dr. Natesan, and their business dealings.

6. Eventually, Dr. Babu and Medversity became concerned that the Bean Attorneys were not sufficiently protecting their interests, and sought the undersigned's representation for briefing in the Appeal. Once the Bean Attorneys withdrew and the undersigned commenced representation, it became obvious that these concerns were valid, as the Bean Attorneys had failed raise to raise numerous

issues that would have changed the course of the litigation and resulted in the Circuit Court's vacating of the judgments; for example, in addition to the Bean Attorneys' refusal to raise issues of fraud that their clients insisted was present, they failed to raise the obvious facts that: (1) the summonses that were purportedly served on Dr. Babu and Medversity had expired a week before they were purportedly served; and, (2) the approximately $18 Million punitive damages award was not supported by a compensatory damages award for the count in which it was awarded, as required under Maryland law.

7.  Despite their obvious conflicts, neither Bean nor any of its attorneys obtained – or even sought – a waiver of its conflicts of interest before pursuing this case against its former client, the wife of its former client (Dr. Natesan), and entities associated with its former client.

WHEREFORE, Defendants hereby move to disqualify Juanita F. Ferguson, Bean, Kinney & Korman, P.C., and any other Bean attorneys from: (1) representation of Veeriya Natarajan ("Mr. Natarajan" or "Plaintiff") in this matter, and (2) any further proceedings in this Court involving any of the Defendants.

_____/s/_____
Daniel P. Doty (Fed. Bar No. 28247)
The Law Office of Daniel P. Doty, P.A.
5500 Harford Road, Suite 202
Baltimore, MD 21214
410-615- 0902
ddoty@dotylawoffice.com

*Attorneys for Defendants Dr. Babu, Dr. Natesan, WUT, and AIMU-CUC*